628

435 A.2d 1308

Ralston–Purina v. International Brotherhood of
Electrical Workers, Appellants.
Petition for Allowance of Appeal Denied Oct. 30, 1981.

Argued December 4, 1980.   Charles W.
Johnston, Jr., for appellants;  Jason S. Shapiro, did not file a
brief on behalf of appellee.

Before HESTER, CAVANAUGH and VAN der VOORT,
JJ.

Order affirmed.

435 A.2d 1309

Thelin et al. v. Mead et al., Appellants.

Argued November 10, 1980.   Richard A. Leuthold,
for appellants;  Bernard J. Hessley, for appellees.

Decree affirmed.